LOCKE LORD LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Daniel A. Solitro (SBN: 243908)
dsolitro@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California  90071
Telephone:    213-485-1500
Facsimile:    213-485-1200

Attorneys for Defendant
HOMEWARD RESIDENTIAL, INC. F/K/A AMERICAN HOME MORTGAGE SERVICING, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD G. ROSENE: SHAUN L. ROSENE,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERICAN BROKERS CONDUIT, INC.; AMERICAN HOME MORTGAGE SERVICING INC.; JPMORGAN CHASE BANK, N.A. and DOES 1 through 20 inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 2:12-CV-02976-MCE-GGH<br><br>Hon. Morrison C. England<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT** |

The Court, having considered the Stipulation to Remand Case to State Court entered into between Plaintiffs Donald G. Rosene and Shaun L. Rosene ("Plaintiffs") and defendant Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc. ("Homeward"), and good cause appearing, IT IS ORDERED THAT:

1. This action be immediately remanded to the Superior Court of California, Placer County;

2. This Stipulation moots all pending deadlines in this Court; and

3. The time for Homeward to file responses to the Complaint will be in accordance with Code of Civil Procedure Section 430.90.

4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: January 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071